LEDFORD, tax receiver, *v.* McCONNELL *et al.*

WYATT, Justice. The only assignment of error in the bill of exceptions being to a judgment overruling the defendant's demurrer to a petition for mandamus, the bill of exceptions is prematurely brought and must be dismissed. *Nichols* v. *Hampton,* 198 *Ga.* 327 (31 S. E. 2d, 659), and cit. *Writ of error dismissed. All the Justices concur.*

No. 15325. NOVEMBER 15, 1945.

*S. W. Fariss,* for plaintiff in error.
*G. W. Langford,* contra.